IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA      :      CASE NO. 3:12CR023

             v.             :

                           :      ORDER UNSEALING INDICTMENT

RICHARD BENTON             :          AND ENTIRE CASE


--------------------


IT IS HEREBY ORDERED that the Indictment and entire case in the above captioned case filed herein and ordered sealed by the order of this court on February 9, 2012, be unsealed by the Clerk of Courts.

_____
THOMAS M. ROSE
U.S. District Court Judge